JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSE J. CAMBEROS; ILDA L. CAMBEROS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; WELLS FARGO HOME MORTGAGE, INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: EDCV09-00063 R (PLAx)<br>Hon. Manuel L. Real<br>Courtroom 8 – Spring Street<br><br>**JUDGMENT OF DISMISSAL AS TO DEFENDANT WELLS FARGO HOME MORTGAGE**<br><br>Complaint filed: December 11, 2008 |

The motion of Defendant WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A. ("Wells Fargo") to dismiss Plaintiffs Jose J. Camberos and Ilda L. Camberos' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted was set to be heard on February 23, 2009 at 10:00 a.m. before the Honorable Virginia A. Phillips.  On February 10, 2009, prior to reassignment of the case to Judge Manuel L. Real on February 20, 2009, The Honorable Virginia A. Phillips found the matter suitable for ruling without oral argument.

After considering all of the papers submitted by the parties, the arguments therein and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Wells Fargo's motion to dismiss is granted and Plaintiffs' claim against Wells Fargo is dismissed without leave to amend.  Plaintiffs are to recover nothing from Defendant Wells Fargo Bank Home Mortgage, a division of Wells Fargo Bank, N.A.

DATED:  March 27, 2009

_____
HONORABLE MANUEL L. REAL

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **(PROPOSED) JUDGMENT OF DISMISSAL AS TO DEFENDANT WELLS FARGO HOME MORTGAGE** on the interested parties in this action:

☒ by placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows:

| | |
|---|---|
| Mitchell W. Roth, Esq.<br>MW ROTH, PLC<br>13245 Riverside Drive, Suite 320<br>Sherman Oaks CA 91423 | Attorneys for Plaintiffs Jose J. Camberos and Ilda L. Camberos |
| Glenn H. Wechsler, Esq.<br>Glen H. Wechsler Law Offices<br>1655 N. Main Street, Suite 230<br>Walnut Creek, CA 94596 | Attorneys for Defendant First American Loanstar Trustee Services |

☒ **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March __, 2009, at Irvine, California.

_____
LINDA J. TARWATER