Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California  94596
Telephone: (925) 274-0200
Email: *larry@glennwechsler.com*

Attorneys for Defendants
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. CAMBEROS and ILDA L. CAMBEROS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, et al.,<br><br>          Defendants. | CASE NO. 5:09-cv-00063-R-PLA<br><br>**ORDER AFTER HEARING ON MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM** |

This matter came on for hearing on March 30, 2009 at 10:00a.m., on the duly noticed motion of Defendant FIRST AMERICAN LOANSTAR TRUSTEE SERVICES (hereinafter "LOANSTAR" or "Defendant"), to dismiss the Complaint herein as to Defendant, with prejudice.  Appearances were as noted in the record.  After considering the moving papers filed by LOANSTAR and no opposition thereto having been filed by Plaintiffs JOSE J. CAMBEROS and ILDA L. CAMBEROS (hereafter collectively "Plaintiff"), and good cause appearing therefor, the Court finds that Plaintiff has failed to state a claim upon which relief can be granted [Fed. Rule of Civ. Proc. 12(b)(6)].

ORDER GRANTING MOTION TO DISMISS - PAGE 1 OF 2
Case No. EDCV09-00063 VAP (PLAx)

Furthermore, it appears beyond doubt that the plaintiffs can prove no set of facts in support of their claims which would entitle them to relief. [*Housley v. U. S.* (9th Cir. Nev. 1994) 35 F.3d 400, 401; *Conley v. Gibson* 335 U.S. 41, 45-46 (1957)].

NOW, THEREFORE, the Court orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint shall be, and hereby is DISMISSED as to Defendant LOANSTAR, with prejudice;

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's counsel herein, Mitchell W. Roth, and the Law firm of M.W. Roth, P.L.C., individually, jointly and severally, shall reimburse Plaintiff for all monies paid to Plaintiff's counsel by Plaintiff in connection with the instant lawsuit;

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's counsel herein, Mitchell W. Roth, and the Law firm of M.W. Roth, P.L.C., individually, jointly and severally, shall pay all attorneys' fees incurred by Defendant LOANSTAR in the instant action, in the amount of $1491.90, as set forth in the Declaration of LOANSTAR'S counsel regarding attorney's fees, filed herein.

So Ordered,

DATED:  April 13, 2009

JUDGE, UNITED STATES DISTRICT COURT

G:\Glenn\DOCS\LONESTAR\CAMBEROS\Order re Motion to Dismiss.doc

ORDER GRANTING MOTION TO DISMISS - PAGE 2 OF 2
Case No. EDCV09-00063 VAP (PLAx)