FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. CAMBEROS; ILDA L. CAMBEROS,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; WELLS FARGO HOME MORTGAGE, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: EDCV09-00063 R (PLAx)<br>Hon. Manuel L. Real<br>Courtroom 8 – Spring Street<br><br>[~~PROPOSED~~] AMENDED JUDGMENT OF DISMISSAL<br><br>**BY FAX**<br><br>Complaint filed: December 11, 2008 |

The motion of Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. (erroneously sued as America's Servicing Company) ("Wells Fargo") to dismiss the complaint of Plaintiffs Jose J. Camberos and Ilda L. Camberos pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief was set for hearing on February 23, 2009 at 10:00 a.m. before the Honorable Virginia A. Phillips.

On February 10, 2009, the Honorable Virginia A. Phillips, having found the matter suitable for ruling without oral argument, vacated the hearing on Wells Fargo's motion to dismiss and granted Wells Fargo's motion and dismissed Plaintiffs' claim against Wells Fargo without prejudice.

07685/0297/730755.2

[Proposed] Amended Judgment of Dismissal
Case No. EDCV09-00063 R (PLAx)

On February 20, 2009, the case was reassigned to the Honorable Manuel L. Real.

On March 27, 2009, the Honorable Manuel L. Real executed a Judgment of Dismissal that dismissed the action with prejudice, in its entirety, as to Wells Fargo.

On March 30, 2009 at 10:00 a.m. the Honorable Manuel L. Real held an additional hearing on Wells Fargo's motion to dismiss. Jarlath M. Curran, II of the Law Firm of Severson & Werson appeared on behalf of Defendant Wells Fargo. There were no appearances by or on behalf of Plaintiffs. All other appearances are noted on the record.

After considering the moving papers as well as all opposition papers, if any, and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Wells Fargo's motion to dismiss is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' complaint is dismissed with prejudice as to Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. Plaintiffs are to recover nothing from Wells Fargo.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW Roth PLC and or Mitchell Roth, jointly and severally, shall reimburse Plaintiffs any monies paid to file or pursue this lawsuit.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that MW Roth PLC and or Mitchell Roth, jointly and severally, shall pay Wells Fargo the sum of $2,770.19, which constitutes all attorney's fees and costs incurred by Wells Fargo in defending this action.

DATED: June 16, 2009

HONORABLE MANUEL L. REAL